EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Edwin A. Cuevas Alicea | 2010 TSPR 100 <br><br> 179 DPR _____ |

Número del Caso: TS-2684

Fecha: 18 de junio de 2010

Abogado de la Parte Peticionaria:

Por derecho Propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Edwin A. Cuevas Alicea

2684

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de junio de 2010

Examinada la Moción presentada por el Lcdo. Edwin A. Cuevas Alicea, así como la comunicación de la Procuradora General y de Fiscalía General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo